# Third District Court of Appeal

## State of Florida

Opinion filed January 7, 2026.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D25-2180
Lower Tribunal No. F19-8128D
_____

**Anwan Washington,**
Appellant,

vs.

**State of Florida,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.141(b)(2) from the Circuit Court for Miami-Dade County, Richard Hersch, Judge.

Anwan Washington, in proper person.

James Uthmeier, Attorney General, for appellee.

Before MILLER, LOBREE and BOKOR, JJ.

PER CURIAM.

Affirmed. <u>See</u> <u>Wainwright v. State</u>, 411 So. 3d 392, 399 (Fla. 2025) (holding that, even if <u>Erlinger v. United States</u>, 602 U.S. 821 (2024), constitutes a change in law, it does not apply retroactively to cases that were final when decided); <u>Arias v. State</u>, 413 So. 3d 999 (Fla. 3d DCA 2025).